# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Katherine Gleb,  Civil No. 18cv03280 PAM/KMM

    Plaintiff,

v.  **ORDER OF DISMISSAL**

Synchrony Bank, N.A.,

    Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:  January 14, 2019

                                                            *s/ Paul A. Magnuson*
                                                             PAUL A. MAGNUSON
                                                             United States District Judge